IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-293-AP**

**JOHN MATHEWS,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## ORDER

**KANE, J. ORDERS**

The court has reviewed Plaintiff's Response to Order to Show Cause and has determined that sufficient cause has been shown. The deficiency in service has been corrected. The Order to Show Cause is DISCHARGED.

DATED at Denver, Colorado this 19th day of September, 2006.

       BY THE COURT:

       S/John L. Kane
       JOHN L. KANE, SENIOR JUDGE
       UNITED STATES DISTRICT COURT