IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-293-AP**

**JOHN MATHEWS,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

The Unopposed Motion to Amend Complaint (doc. #13), filed October 4, 2006, is GRANTED.  The Amended Complaint is accepted as filed.

---

Dated:  October 4, 2006