IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00293-JLK

JOHN MATHEWS,

        Plaintiff,

   v.

JO ANNE B. BARNHART, Commissioner of Social Security,

        Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

## 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:
THEODORE B. PEAK
1776 South Jackson Street, Suite 602
Denver, CO 80210
(303) 757-6572
(303) 759-3356 (fax)

For Defendant:
TERESA H. ABBOTT
Assistant Regional Counsel
Social Security Administration
1961 Stout Street, Suite 120
Denver, Colorado 80294
(303) 844-5459
(303) 844-0770 (fax)

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

      A.      Date Complaint Was Filed: 02/21/06

      B.      Date Complaint Was Served on U.S. Attorney's Office: 10/13/06

      C.      Date Answer and Administrative Record Were Filed: 11/08/06

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

There are no issues with the accuracy or completeness of the administrative record.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

None anticipated.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

This case does not involve unusually complicated or out-of-the-ordinary claims.

## 7. OTHER MATTERS

None.

## 8. PROPOSED BRIEFING SCHEDULE

      A.      Plaintiff's Opening Brief Due:      December 15, 2006

      B.      Defendant's Response Brief Due:      January 29, 2007

      C.      Plaintiff's Reply Brief (If Any) Due:      February 13, 2007

## 9.  STATEMENTS REGARDING ORAL ARGUMENT

A.    Plaintiff's Statement: Oral Argument not requested.

B.    Defendant's Statement:  Oral Argument not requested.

## 10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A.    ( )  All parties have consented to the exercise of jurisdiction of a
United States Magistrate Judge.

B.    (X)  All parties have not consented to the exercise of jurisdiction of a
United States Magistrate Judge.

## 11.  OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES
MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A
COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S
CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that  the Joint Case Management Plan may be altered or
amended only upon a showing of good cause.*

22
DATED this 15th day November 2006.

BY THE COURT:

U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Theodore B. Peak
By: THEODORE B. PEAK
1776 South Jackson Street, Suite 602
Denver, CO 80210      (303) 757-6572      (303) 759-3356 (fax)
TBPeak@Joffelawfirm.com

Attorney for Plaintiff

s/ Teresa H. Abbott
By: TERESA H. ABBOTT
Assistant Regional Counsel
Social Security Administration
1961 Stout Street, Suite 120
Denver, Colorado  80294
*(303) 844-5459*
(303) 844-0770 (fax)

Attorney for Defendant(s)

Please affix counsel's signatures and any *pro se* party's signatures before submission
of the proposed Joint Case Management Plan to the court.