IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-293-AP**

**JOHN MATHEWS,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

---

### ORDER OF DISMISSAL

Kane, J.

Plaintiff's Motion to Withdraw Complaint (doc. #27), filed February 8, 2007, is **GRANTED**.  It is

**ORDERED** that this case is **DISMISSED**, the parties to bear their own costs and attorney fees.

Dated this 9th day of February, 2007.

                          BY THE COURT:

                          *S/John L. Kane*
                          JOHN L. KANE, SENIOR JUDGE
                          UNITED STATES DISTRICT COURT